GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

JAN 29 2025

FILED

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Antrone Jozell Drayton | ) | Case Numbers: 1:16CR00091-1 |
|  | ) | 1:17CR00013-1 |
|  | ) | USM Number: 21758-021 |
|  | ) | Kathryn Anne Brow Aho |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | October 13, 2024 |
|  | See page 2 for additional violations |  |

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 9083

January 27, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:

Augusta, Georgia

Signature of Judge

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

1/29/2025
Date

| DEFENDANT: | Antrone Jozell Drayton |
|---|---|
| CASE NUMBER: | 1:16CR00091-1 |
| | 1:17CR00013-1 |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You knowingly communicated or interacted with someone engaged in criminal activity or someone who was previously convicted of a felony (standard condition). | October 13, 2024 |
| 3 | You possessed a firearm, ammunition, destructive device, or dangerous weapon (standard condition). | October 13, 2024 |
| 4 | You failed to participate in an educational services program and follow the rules and regulations of that program (special condition). | August 19, 2024 ??? |
| 5 | You failed to comply with the conditions of a curfew (special condition). | October 13, 2024 |

| | |
|---|---|
| DEFENDANT: | Antrone Jozell Drayton |
| CASE NUMBER: | 1:16CR00091-1 |
| | 1:17CR00013-1 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>18 months (9 months as to Case Number 1:16CR00091-1 and 9 months as to Case Number 1:17CR00013-1, to run consecutively), with no supervision to follow.</u>

☐  The Court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL